Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Randy Scott Levy

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RANDY SCOTT LEVY,<br><br>                     Plaintiff,<br><br>       vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                     Defendant. | Case No.: 2:10-cv-01921-KJD-VCF<br><br>STIPULATION FOR DISMISSAL |

,

IT IS HEREBY STIPULATED by and between Randy Scott Levy ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

///

///

-1-

("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.  The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: December 11, 2012          Respectfully submitted,

                                       ROHLFING & KALAGIAN, LLP

                                       /s/ *Marc V. Kalagian*
                                    BY:_____
                                      Marc V. Kalagian
                                      Attorney for plaintiff Randy Scott Levy

DATE: December 14, 2012

                                       DANIEL G. BOGDEN
                                       Assistant United States Attorney

                                       /s/ *Justin E. Pingel*
                                       _____
                                       Justin E. Pingel
                                       Assistant United States Attorney
                                       Attorneys for Defendant Michael J. Astrue,
                                       Commissioner of Social Security
                                       (Per e-mail authorization)

IT IS SO ORDERED.

DATE: 12/19/12

                                       _____
                                       UNITED STATES DISTRICT JUDGE