1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com

5  Attorneys for Plaintiff
   Randy Scott Levy
6

7
                **UNITED STATES DISTRICT COURT**
8                    **DISTRICT OF NEVADA**

9

10

11 | RANDY SCOTT LEVY,            ) Case No.: 2:10-cv-01921-KJD-VCF
                                  )
12 |                              ) STIPULATION FOR DISMISSAL
             Plaintiff,           )
13 |                              )
         vs.                      )
14 | MICHAEL J. ASTRUE,           )
     Commissioner of Social Security, )
15 |                              )
                                  )
16 |         Defendant.           )
                                  )
17 |_____)

18

19 ,

20
         IT IS HEREBY STIPULATED by and between Randy Scott Levy
21
   ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security
22
   ///
23
   ///
24
   ///
25
   ///
26

-1-

1  ("Defendant"), that this matter be dismissed with prejudice, each party to bear its
2  own fees, costs, and expenses.  The parties enter into this stipulation pursuant to
3  the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate
4  order of the Court.

DATE: December 11, 2012        Respectfully submitted,

                               ROHLFING & KALAGIAN, LLP

                                    /s/ *Marc V. Kalagian*
                               BY:_____
                               Marc V. Kalagian
                               Attorney for plaintiff Randy Scott Levy

DATE: December 14, 2012
                               DANIEL G. BOGDEN
                               Assistant United States Attorney

                                    /s/ *Justin E. Pingel*
                               _____
                               Justin E. Pingel
                               Assistant United States Attorney
                               Attorneys for Defendant Michael J. Astrue,
                               Commissioner of Social Security
                               (Per e-mail authorization)

IT IS SO ORDERED.

DATE:  12/19/12
                               _____
                               UNITED STATES DISTRICT JUDGE

-2-